No. 171. GEORGE W. CALDWELL ET AL., PLAINTIFFS IN ERROR, *v.* CARL E. BAUER ET AL. In error to the Supreme Court of the State of Indiana. Argued March 4 and 5, 1915. Decided March 8, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of (1) *Eustis* v. *Bolles*, 150 U. S. 361; *Yazoo & Miss. R. R.* v. *Brewer*, 231 U. S. 245, 249; *Holden Land Co.* v. *Interstate Trading Co.*, 233 U. S. 536, 541; (2) *Chesapeake & Ohio Ry.* v. *McDonald*, 214 U. S. 191, 193; *Seaboard Air Line* v. *Duvall*, 225 U. S. 477, 481; *Rowe* v. *Scott*, 233 U. S. 658, 663, 664; *Cleveland & Pittsburgh R. R.* v. *Cleveland*, 235 U. S. 50. *Mr. Wm. J. Whinery* and *Mr. Addison C. Harris* for the plaintiffs in error. *Mr. Frank N. Gavit* and *Mr. John H. Gillett* for the defendants in error.

———

No. 789. MAX G. COHEN, APPELLANT, *v.* THE UNITED STATES. Appeal from the District Court of the United States for the Western District of Washington. Motion to dismiss or affirm submitted March 3, 1915. Decided March 8, 1915. *Per Curiam.* Final order affirmed upon the authority of *Kaizo* v. *Henry*, 211 U. S. 146, 148; *Harlan* v. *McGourin*, 218 U. S. 442, 445, 448; *Glasgow* v. *Moyer*, 225 U. S. 420, 428, 429; *Henry* v. *Henkel*, 235 U. S. 219, 229; see *Cohen* v. *United States*, 235 U. S. 696. *Mr. Thomas Mannix* for the appellant. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wallace* for the appellee.